IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SANDA A. BRUEN**                                                                                      **PLAINTIFF**

**V.**                                                       **CIVIL ACTION NO.   1:20CV278-LGI**

**KILOLO KIJAKAZI, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**                                   **DEFENDANT**

### FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order issued this day by this Court, this appeal is hereby dismissed.

SO ORDERED on February 14, 2022.

                                                  s/ LaKeysha Greer Isaac
                                                  UNITED STATES MAGISTRATE JUDGE